**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 25-40976-357 |
| Chrome Holding Co. (f/k/a 23andMe Holding Co.), | Chapter 11 |
| Wind-Down Debtor. | (Jointly Administered) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

   The People of the State of California

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☑ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   - Doc No. 2333: Order Granting in Part and Denying in Part Trust's Motion to Enforce Plan and Confirmation Order and Denying California's Request for Permissive Abstention

2. State the date on which the judgment—or the appealable order or decree—was entered:

   - July 10, 2026

1

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: <u>Wind-Down Debtor</u>          Attorney:

> **Carmody MacDonald P.C.**
> Thomas H. Riske #61838MO
> Nathan R. Wallace #74890MO
> Jackson J. Gilkey #73716MO
> 120 S. Central Avenue, Suite 1800
> St. Louis, Missouri 63105
> Telephone: (314) 854-8600
> Facsimile: (314) 854-8660
> Email: thr@carmodymacdonald.com
> nrw@carmodymacdonald.com
> jjg@carmodymacdonald.com
>
> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> Paul M. Basta (admitted *pro hac vice*)
> Christopher Hopkins (admitted *pro hac vice*)
> Jessica I. Choi (admitted *pro hac vice*)
> Grace C. Hotz (admitted *pro hac vice*)
> 1285 Avenue of the Americas
> New York, New York 10019
> Telephone: (212) 373-3000
> Facsimile: (212) 757-3990
> Email: pbasta@paulweiss.com
> chopkins@paulweiss.com
> jchoi@paulweiss.com
> ghotz@paulweiss.com

2.  Party:                      Attorney:

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Rob Bonta                                         Date: July 17, 2026
Attorney General
Nicklas A. Akers #211222CA
Senior Assistant Attorney General

/s/ Daniel M.B. Nadal

Bernard A. Eskandari #244395CA
Stacey D. Schesser #245735CA
Supervising Deputy Attorneys General
Yen P. Nguyen #239095CA
Daniel M.B. Nadal #299661CA
Deputy Attorneys General
CALIFORNIA DEPARTMENT OF JUSTICE
455 Golden Gate Ave., Ste. 11000
San Francisco, California 94102
Telephone:      (415) 510-3497
Facsimile:      (916) 731-2146
Email:          bernard.eskandari@doj.ca.gov
                stacey.schesser@doj.ca.gov
                titi.nguyen@doj.ca.gov
                daniel.nadal@doj.ca.gov

*Counsel for the People of the State of California*

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 17, 2026, a true and correct copy of the foregoing document will be filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and will be served on the parties registered to receive electronic notice via the Court's CM/ECF System.

/s/ *Daniel M.B. Nadal*
An Attorney for the People of the State of California